IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOUNT HAMILTON PARTNERS LLC, <br><br> Plaintiff, <br><br> v. <br><br> GROUPON, INC. <br><br> Defendant. | C.A. No. 1:11-cv-01268 RGA <br><br> JURY TRIAL DEMANDED |

DECLARATION OF RAKESH RAMDE IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

OF COUNSEL:

James G. Gatto
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, 14th Floor
McLean, Virginia 22102
(703) 770-7754
james.gatto@pillsburylaw.com

FARNAN LLP

Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
farnan@farnanlaw.com
bfarnan@farnanlaw.com

Attorneys for Plaintiff,
Mount Hamilton Partners LLC.

I, Rakesh Ramde, declare as follows:

1. I am one of the founders of Mount Hamilton Partners, LLC ("MHP"), the Plaintiff in this action. I am also the President of MHP and have been with MHP since its inception almost 8 years ago. I submit this declaration in support of Plaintiff's Answering Brief in Opposition to Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1401(a). I have personal knowledge of the facts stated herein and, if called upon to do so, I could and would competently

1

testify thereto.

2. MHP was co-founded by Wilfred Lam and myself in 2004. MHP was incorporated in Delaware in or around July of 2004.

3. Innovation Management Sciences, LLC ("IMS"), a California company founded in or around October of 2005, is the sole manager and member of MHP.

4. MHP's principal place of business is Mountain View, California.

5. MHP has no employees, though two employees from IMS do assist on MHP business.

6. MHP's mission is to invest in technology companies by providing strategic and financial support at strategic stages of research and development.

7. Unlike typical traditional investors, MHP proactively participates in the success of its patent portfolio investment by actively transforming breakthrough ideas into leading edge market-driven initiatives.

8. MHP is a relatively small company with modest revenues and resources.

9. In support of these goals, in or around March 2006, MHP acquired a family of patents that provide innovative solutions for several problems facing restaurants and other service related industries. Included in this family is the patent-in-suit, which solves the challenges of (a) reducing excess capacity at off-peak hours and (b) retaining customer information for such purposes as more effective marketing to customers and increasing customer repeat business and loyalty. After acquiring the family of patents, MHP's sole member explored business opportunities with other companies to combine the technology disclosed by the patents with other restaurant-related solutions for potential product development.

10.   MHP filed suit on May 12, 2009 against OpenTable, Inc. on a different, but related patent, in the Northern District of California, Case No. C 09-02074 JSW. However, that case was almost immediately stayed pending re-examination of that patent, and was ultimately settled prior to lifting the stay.

11.   One of the inventors of the patent-in-suit, Dahzi Chen, now resides in or around New York, New York.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 8th day of March, 2012, at Mountain View, California.

DATED: March 8, 2012

_____
RAKESH RAMDE